UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DOUGLAS HECK,

          Plaintiff,

CV No.: 3:21-cv-01559-CL

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)**

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

          Defendant.

After considering Plaintiff's Motion for Attorney Fees, Order is hereby granted in the sum of $12,374.25 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice (EAJA) fees already received by counsel in the amount of $8,158.85, for a net § 406(b) cost to Plaintiff of $4,215.40 pursuant to 42 U.S.C. § 406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. § 406(b) shall be payable to Plaintiff's counsel, Robyn M. Rebers, less an administrative assessment under 42 U.S.C. § 406(d) and mailed to her at P.O. Box 3530, Wilsonville, OR 97070.

IT IS SO ORDERED this 7 day of February, 2024.

_____
MARK D. CLARKE
United States Magistrate Judge